UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24073-CIV-ALTONAGA/Damian

**HH ADVERTISING, INC.**,

    Plaintiff,
v.

**UNIQUE VACATIONS, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff HH Advertising, Inc., and Defendant Sandals Resorts International, Ltd.'s Joint Status Report on Jurisdictional Discovery [ECF No. 56]. Accordingly, the parties shall adhere to the following schedule:

1. Plaintiff shall serve written jurisdictional discovery requests by **December 12, 2023**.

2. Plaintiff has provided a list of seven individuals it intends to depose as part of jurisdictional discovery and has inquired whether Defendant will produce any of the individuals or, at minimum, accept service on their behalf. Defendant, and any other applicable party that employed or employs such witnesses, shall respond to Plaintiff's inquiry by **December 20, 2023**, and advise at that time of any objections to the depositions or their scope and the grounds therefor. The parties will meet and confer regarding such objections and, if the parties are unable to resolve such objections through such efforts, Plaintiff shall contact Magistrate Judge Damian's chambers prior to the first scheduled deposition to arrange a date for a discovery hearing. Should Defendant, or any such applicable party, agree to produce or accept service on behalf of any of the seven

individuals, such agreement is without prejudice to Defendant's or any applicable party's ability to object to the depositions or their scope on any other ground.

      3.      The parties shall negotiate a proposed confidentiality order in good faith and submit either a joint proposed order or competing proposed orders by **December 18, 2023**.

      4.      Defendant, or any applicable party, shall serve objections to written jurisdictional discovery requests—following proper conferral with Plaintiff—by **January 5, 2024**. Should any objections be served, Plaintiff shall contact Magistrate Judge Damian's chambers by **January 10, 2024**, to arrange a date for a discovery hearing.

      5.      Defendant, or any applicable party, shall substantially complete document production as well as provide answers to interrogatories and requests for admission in response to jurisdictional discovery requests by **January 19, 2024**.

      6.      Jurisdictional depositions, if any, shall begin **January 25, 2024**. Unless already addressed through the process specified in Paragraph 2, if Defendant, or any applicable party, objects to any deposition, Defendant, or any applicable party, shall serve objections—following proper conferral with Plaintiff—within 2 business days of service of a notice of deposition. Should any objections be served, Plaintiff shall contact Magistrate Judge Damian's chambers within 2 business days to arrange a date for a discovery hearing.

      7.      Plaintiff shall complete any depositions related to jurisdictional discovery by **February 16, 2024**.

      8.      Plaintiff has until **February 21, 2024**, to file its amended complaint or file a notice that it intends to proceed with the Complaint [ECF No. 1].

CASE NO. 23-24073-CIV-ALTONAGA

9. Defendant Sandals Resorts International, Ltd. has until **March 6, 2024**, to file a renewed motion to dismiss for lack of personal jurisdiction or a notice indicating it will not be challenging personal jurisdiction.

10. Defendants Unique Vacations, Inc. and Unique Travel Corporation have until **March 6, 2024**, to file answers to the operative complaint.  Nevertheless, if one or all Defendants intend to file a motion to dismiss the operative complaint for failure to state a claim for relief under Rule 12, they shall not do so until all Defendants who so intend to move to dismiss do so in one combined filing, the deadline of which the Court will supply by separate order.

11. The response and reply to any motion to dismiss for lack of personal jurisdiction filed by Defendant are due within the time permitted by the Rules.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December 2023.

*[signature]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record