UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24073-CMA

**HH ADVERTISING, INC.**,

    Plaintif,

*vs*.

**UNIQUE VACATIONS, INC.,
UNIQUE TRAVEL CORPORATION,
and SANDALS RESORTS
INTERNATIONAL, LTD.**,

    Defendants.

_____/

**UNOPPOSED MOTION TO EXTEND DATES IN
JURISDICTIONAL DISCOVERY ORDER**

Plaintiff, HH ADVERTISING, INC. ("**Plaintiff**"), by and through its undersigned counsel, files this Unopposed Motion to Extend Dates in the Jurisdictional Discovery Order dated December 11, 2023 [ECF No. 58] (the "**Order**"), and in support states:

1. On December 11, 2023, this Court entered the Order containing dates for completion of jurisdictional discovery and filing amended pleadings, motions to dismiss, and answer [ECF No. 58].

2. On December 12, 2023, Plaintiff served Sandals Resorts International Limited ("Sandals") with its Jurisdictional Request for Production and Jurisdictional Interrogatories (collectively, "**Discovery Requests**").

3. On January 5, 2024, Sandals served Plaintiff with its initial responses and objections to the Discovery Requests.

4. After Plaintiff and Sandals filed Discovery Memoranda regarding Sandals' Objections and Responses to the Discovery Requests [ECF Nos. 67, 69], Magistrate Judge Damian

held a hearing on January 17, 2024, and entered an order requiring Sandals to provide amended responses to Plaintiff's Discovery Requests and produce responsive documents in accordance with the Court's rulings on the record (the "**Discovery Order**"). [ECF No. 72] at p. 4.

5. During the January 17, 2024 hearing, the Court also briefly heard introductory argument as to the depositions. The Court noted that "if [the Parties] need to modify or open up the schedules for depositions a little later, we will do that." Hrg. Trs., Jan. 17, 2024, Exhibit "A" at p. 56:22-23.

6. Plaintiff noticed the depositions of Adam Stewart, Tammy Gonzalez, Valentin Flores, Michael Lamanna, and Gebhard Rainer on the following dates:

   a. Adam Stewart – February 22, 2024
   b. Gebhard Rainer – February 23, 2024
   c. Tammy Gonzalez – February 23, 2024
   d. Michael Lamanna – February 27, 2024
   e. Valentin Flores – February 29, 2024

7. Defendants served written objections to the depositions of Adam Stewart, Valentin Flores, Tammy Gonzalez, and Michael Lamanna ("**Deponents**") and conferred with Plaintiff's counsel regarding their objections. The Parties could not reach an agreement.

8. Thereafter, the Parties filed Discovery Memoranda regarding the depositions of the Deponents. [ECF Nos. 76, 80, 82, 83, 86]

9. On February 15, 2024, Magistrate Judge Damian held a hearing on Defendants' objections to the depositions of Deponents, which resulted, on February 20, 2024, in an order addressing certain of the depositions noticed by Plaintiff [ECF No. 95].

10. Pursuant to the Order, Plaintiff's deadline to complete jurisdictional discovery depositions is currently February 16, 2024.

11. The Order also includes deadlines for Plaintiff to file an amended complaint (February 21, 2024), for Sandals to file a renewed motion to dismiss for lack of personal

2

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L. MIAMI CENTER, 27TH FLOOR, 201 SO. BISCAYNE BLVD., MIAMI, FL 33131 305.379.9000

jurisdiction (March 6, 2024), and for Unique Vacations, Inc. ("UVI") and Unique Travel Corporation ("UTC") to file answers to the operative complaint (March 6, 2024).

12. Given the pending discovery disputes, the jurisdictional depositions have not yet begun.

13. Based upon the recent discovery disputes and the Court's recent Order [ECF No. 95], HH requests a brief extension of the deadlines set forth in the Order, as set forth below:

| Deadline | Original Deadline | Extended Deadline |
|---|---|---|
| Complete Jurisdictional Depositions | February 16, 2024 | March 15, 2024 |
| File Amended Complaint or Notice of Intention to Proceed with Complaint | February 21, 2024 | March 20, 2024 |
| File a Renewed Motion to Dismiss for Lack of Personal Jurisdiction or Notice Indicating it Will Not Be Challenging Personal Jurisdiction | March 6, 2024 | April 3, 2024 |
| File Answers to Operative Complaint | March 6, 2024 | April 3, 2024 |

14. Defendants Sandals, UVI, and UTC do not oppose this request.

WHEREFORE, HH respectfully requests that the Court enter an order briefly extending the current deadlines in the Order as set forth above, and for such other relief as the Court deems just and proper.

**CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L. R. 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), we hereby certify that undersigned counsel for Plaintiff conferred with Defendants' counsel on February 20-21, 2024 in a good faith effort to resolve the issues raised herein, and Defendants' counsel do not oppose the requested extension set forth above.

Dated this 21st day of February, 2024.

          Respectfully submitted,

|  |  |
|---|---|
|  | **KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**<br>*/s/ Alan J. Kluger*<br>Alan J. Kluger, Esq.<br>Terri Ellen Tuchman Meyers, Esq.<br>Michael T. Landen, Esq.<br>Gabrielle C. Craft<br>Danella C. Williams, Esq.<br>Citigroup Center, 27th Floor<br>201 S. Biscayne Blvd.<br>Miami, Florida 33131<br>akluger@klugerkaplan.com<br>tmeyers@klugerkaplan.com<br>mlanden@klugerkaplan.com<br>gcraft@klugerkaplan.com<br>dwilliams@klugerkaplan.com<br>*Counsel for Plaintiff HH Advertising* |
|  |  |

4

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L. MIAMI CENTER, 27TH FLOOR, 201 SO. BISCAYNE BLVD., MIAMI, FL 33131 305.379.9000