AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HH ADVERTISING, INC.<br><br>*Plaintiff(s)*<br>v.<br>UNIQUE VACATIONS, INC., UNIQUE TRAVEL CORPORATION, and SANDALS RESORTS INTERNATIONAL, LTD. and SANDALS RESORTS INTERNATIONAL 2000 INC.<br>*Defendant(s)* | Civil Action No. 1:23-cv-24073-CMA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sandals Resorts International 2000 Inc.
C/O Gephardt Rainer
5505 Waterford District Drive, Suite #300
Miami, Florida 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan J. Kluger, Esq. - Florida Bar No. 200379
akluger@klugerkaplan.com
Terri Ellen Tuchman Meyers, Esq. -  Florida Bar No. 881279
tmeyers@klugerkaplan.com
KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.
201 S. Biscayne Blvd., 27th Floor, Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/25/2024

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts