UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-24073-CIV-ALTONAGA/Reid

HH ADVERTISING, INC.,

          Plaintiff,
v.

UNIQUE VACATIONS, INC.; *et al.*,

          Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.  On June 20, 2024, the Court entered an Order [ECF No. 175] granting Plaintiff, H.H. Advertising's Motion for Leave to File a Second Amended Complaint [ECF No. 167].  The Second Amended Complaint [ECF No. 176] adds a new Defendant, Sandals Resorts International 2000, Inc. ("SRI 2000").  (*See generally id.*).

In the June 20, 2024 Order, the Court directed the parties to file "a joint Notice to the Court of their decision whether or not to pursue further jurisdictional discovery on or before July 2, 2024."  (June 20, 2024 Order 5 (emphasis omitted)). On July 2, 2024, Plaintiff filed a Notice on Jurisdictional Discovery [ECF No. 183], unilaterally seeking further jurisdictional discovery.  (*See id.* 1).  While the Notice contains a proposed scheduling order, it does not include any rationale for proceeding with jurisdictional discovery.  (*See generally id.*).

Defendant, Sandals Resorts International Limited ("SRI Limited") filed a Statement Regarding Plaintiff's Notice of Jurisdictional Discovery [ECF No. 184] on July 2, 2024.  SRI Limited states it does not consent to jurisdictional discovery, as SRI Limited — the subject of previous jurisdiction discovery — will again challenge personal jurisdiction, but SRI 2000 — the

CASE NO. 23-24073-CIV-ALTONAGA/Reid

newly added party — will *not* challenge personal jurisdiction.  (*See id.* 1).  Defendants Unique Vacations, Inc. and Unique Travel Corp. also filed a Notice on Jurisdictional Discovery [ECF No. 185] on July 3, 2024, and similarly object to further jurisdictional discovery.  (*See id.* 2).

As SRI 2000 has indicated it will not challenge personal jurisdiction, and Plaintiff has already had a full jurisdictional discovery process to investigate personal jurisdiction over SRI Limited, the Court finds additional jurisdictional discovery is unwarranted.

Being fully advised, it is

**ORDERED** as follows:

1.  There will be *no further jurisdictional discovery*.

2.  SRI Limited shall file its motion to dismiss on personal jurisdiction grounds on or before **July 15, 2024**.

3.  Defendants shall await the Court's resolution of any personal jurisdiction motion to dismiss to file a combined motion to dismiss the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).  Any such motion shall be filed **within 7 days** of the Court's order on the jurisdictional motion to dismiss.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of July, 2024.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record