UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24073-CMA/Reid

HH ADVERTISING, INC.,

    Plaintiff,

v.

SANDALS RESORTS
INTERNATIONAL, LTD, et al.,

    Defendants.
_____/

**NOTICE OF ISSUES TO BE DISCUSSED AT DISCOVERY HEARING**

Plaintiff, HH Advertising, Inc. ("**HH Advertising**" or "**Plaintiff**"), hereby files this Notice of Issues to be Discussed at Discovery Hearing in accordance with the Court's email instructions dated January 28, 2025. Plaintiff submits the following issue:

1. Plaintiff HH Advertising's Motion to Compel Defendants to produce financial documents reflecting its gross revenues from the time period of 2022 to present [ECF No. 263 at ¶ 10].

    Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.**
*Counsel for Plaintiff HH Advertising, Inc.*
Citigroup Center, 27th Floor
201 S. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-9000

By: /s/ *Terri Ellen Tuchman Meyers*
    **Alan J. Kluger**
    Florida Bar No. 200379
    akluger@klugerkaplan.com
    **Terri Ellen Tuchman Meyers**
    Florida Bar No. 881279
    tmeyers@klugerkaplan.com
    **Michael T. Landen**

2

Florida Bar No. 161144
mlanden@klugerkaplan.com
**Danella C. Williams**
Florida Bar No. 1002672
dwilliams@klugerkaplan.com
**Gabrielle C. Craft**
Florida Bar No. 1021048
gcraft@klugerkaplan.com

2