UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24073-CIV-ALTONAGA/Reid

**HH ADVERTISING, INC.**,

    Plaintiff,
v.

**UNIQUE VACATIONS, INC.**; *et al.*,

    Defendants.
_____/

## **FINAL JUDGMENT**

In accordance with Federal Rules of Civil Procedure 58 and the Court's July 21, 2025 Order Setting Forth Findings of Fact and Conclusions of Law [ECF No. 498], it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Plaintiff, HH Advertising, Inc.; and against Defendants, Unique Vacations, Inc., Unique Travel Corporation, Sandals Resorts International, Ltd., and Sandals Resorts International 2000 Inc., jointly and severally, in the amount of **$49,500**, for which let execution issue.

2. The Court reserves jurisdiction to address any motion for attorneys' fees and costs that may be filed after any appeal is resolved; or if no appeal is filed, within 30 days after the time for filing a notice of appeal has passed.

CASE NO. 23-24073-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record