# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 09, 2026

**FILED BY_____AP_____D.C.**

**Jun 9, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  26-11181-HH
Case Style:  HH Advertising, Inc. v. Unique Vacations, Inc., et al
District Court Docket No:  1:23-cv-24073-CMA

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-11181-HH

_____

HH ADVERTISING, INC.,

Plaintiff - Counter Defendant
Appellee - Cross Appellant,

versus

UNIQUE VACATIONS, INC.,
UNIQUE TRAVEL CORPORATION,

Defendants - Counter Claimants -
Appellants - Cross Appellees,

SANDALS RESORTS INTERNATIONAL 2000 INC.,
SANDALS RESORTS INTERNATIONAL, LTD,

Defendants - Appellants - Cross Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Notice filed by Appellants-Cross Appellees Sandals Resorts International, Ltd and
Sandals Resorts International 2000 Inc. is GRANTED by clerk [10754726-2].; ORDER: The
parties have filed a Notice of Stipulation of Dismissal. Pursuant to 11th Cir. R. 42(a), this
appeal is hereby DISMISSED.

Effective June 09, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION